IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| EDWARD CHARLES LEE, #1800206 | § | |
| VS. | § | CIVIL ACTION NO. 2:14cv862 |
| DIRECTOR, TDCJ-CID | § | |

## FINAL JUDGMENT

**CONSIDERING** the Report and Recommendation entered herein on June 25, 2015 (docket entry #11), and there being no objections filed thereto, for the reasons set forth therein, which are hereby adopted by the Court.

**IT IS ORDERED AND ADJUDGED** that this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 12th day of August, 2015.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE